

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-26-00089-CV

———————————————

IN RE KENNETH EARL WELLS, JR., Relator

---

Original Proceeding
467th District Court of Denton County, Texas
Trial Court No. 26-0455-467

---

Before Bassel, J.; Sudderth, C.J.; and Wallach, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and request for temporary relief and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and request for temporary relief are denied.

Per Curiam

Delivered: February 11, 2026